**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    In re Tamsin Jacky and Kevin Squyres

Appellate case number:   01-16-00236-CV

Trial court case number:  412,110

Trial court:        Probate Court No 3 of Harris County

Date motion filed:      September 23, 2016

Party filing motion:     Real Party in Interest

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
                   ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Brown, and Huddle

Date: January 12, 2017